IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GREEN PARTY OF GEORGIA, and CONSTITUTION PARTY OF GEORGIA, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION FILE NO.  1:12-CV-01822-RWS |
| v. | * * | |
| BRIAN P. KEMP, Georgia Secretary of State, | * * * | |
| Defendant. | * | |

## DISCOVERY CERTIFICATE OF SERVICE

Pursuant to Rule 26.3 of the Local Rules for the Northern District of Georgia, the undersigned counsel for Defendant, Brian p. Kemp, Julia B. Anderson, hereby certifies that on September 30, 2015, she served Plaintiffs' counsel by first class mail with the following discovery requests:

1. Notice of Deposition (Hugh Esco)

2. Notice of Deposition (Garland Favorito)

3. Notice of Subpoena for the Taking of a Deposition of a Non-Party (Jeff Anderson)

4. Notice of Subpoena for the Taking of a Deposition of a Non-Party (Ronne Hagg)

5. Notice of Subpoena for the Taking of a Deposition of a Non-Party (Ricardo Davis)

6. Notice of Subpoena for the Taking of a Deposition of a Non-Party (Tom Yager)

J. M. Raffauf
Office of J.M. Raffauf
248 Washington Ave.
Marietta, GA 30060

M. Laughlin McDonald
American Civil Liberties Union
Southern Regional Office
229 Peachtree Street, NE, Suite 1700
Atlanta, GA

        Respectfully submitted,

        SAMUEL S. OLENS   551540
        Attorney General

        DENNIS R. DUNN   234098
        Deputy Attorney General

        RUSSELL D. WILLARD  760280
        Senior Assistant Attorney General

        ___/s/Julia B. Anderson___
        JULIA B. ANDERSON   017560
        Senior Assistant Attorney General

        ___/s/Julia B. Anderson___
        CRISTINA CORREIA   188620
        Assistant Attorney General

Please address all
Communication to:

JULIA B. ANDERSON
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 463-3630
FAX (404) 657-9932
janderson@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, I electronically filed this **Discovery Certificate of Service** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> J. M. Raffauf
> Office of J.M. Raffauf
> 248 Washington Ave.
> Marietta, GA  30060
>
> M. Laughlin McDonald
> American Civil Liberties Union
> Southern Regional Office
> 229 Peachtree Street, NE, Suite 1700
> Atlanta, GA

                                            /s/Julia B. Anderson
                                            Julia B. Anderson