IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GREEN PARTY OF GEORGIA** and **CONSTITUTION PARTY OF GEORGIA**, | *<br>*<br>*<br>* |
| Plaintiffs, | *   CASE NO.: 1:12CV01822-RWS |
| | * |
| v. | * |
| | * |
| **BRIAN KEMP, Georgia Secretary of State,** | *<br>*<br>* |
| Defendant. | * |

### *CONSENT* MOTION FOR EXTENSION OF TIME

Comes Now Defendant, Brian Kemp, and hereby moves for an extension of time to file his expert witness disclosures and complete discovery. In support of the motion, Defendant states as follows:

1. Pursuant to the parties' proposed discovery plan, as adopted by this Court, Defendant's expert witness disclosures are currently due on October 13, 2015;

2. Defendant seeks a two week extension of time, up to and including October 27, 2015, to submit these disclosures;

3. Defendant also seeks a short three week extension of the discovery period, currently ending on October 30, 2015, up to and including November 20, 2015.

4. While the parties initially agreed to an abbreviated discovery period in their proposed discovery plan, they recognized that a short extension of time might become necessary. Doc. 37 at 8-9.

5. The need for a short extension of the discovery period is in part due to the fact that the undersigned counsel for Defendant has a jury trial set to begin October 19, 2015 in the U.S. District Court for the Middle District of Georgia.

6. The undersigned counsel for Defendant has conferred with counsel for Plaintiffs and is authorized to state that Plaintiffs have no objection to the short extension of time requested for both Defendant's expert witness disclosures and the close of discovery.

Respectfully submitted,

SAMUEL S. OLENS          551540
Attorney General

DENNIS R. DUNN           234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General
rwillard@law.ga.gov

JULIA B. ANDERSON       017560
Senior Assistant Attorney General
janderson@law.ga.gov


/s/Cristina Correia
CRISTINA CORREIA         188620
Assistant Attorney General
ccorreia@law.ga.gov

Attorneys for Defendants

Please address all
Communication to:

JULIA B. ANDERSON
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 463-3630
FAX (404) 657-9932

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015, I electronically filed this CONSENT MOTION FOR EXTENSION OF TIME using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

M. Laughlin McDonald
ACLU Foundation Inc.
2700 International Tower
229 Peachtree Street, NE, Suite 1700
Atlanta, GA  30303

J. M. Raffauf
Office of J.M. Raffauf
248 Washington Ave.
Marietta, GA  30060

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 7th day of October, 2015.

                                              /s/Cristina Correia
                                              Cristina Correia          188620
                                              Assistant Attorney General