# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:12-cv-01822-RWS**
**Green Party of Georgia et al v. State of Georgia et al**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Chambers on 03/07/2016.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 9:15 A.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta

COURT REPORTER: None present
DEPUTY CLERK: Rick Goss

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Cristina Correia representing Brian Kemp<br>Josiah Heidt representing Brian Kemp<br>Moffatt McDonald representing Constitution Party of Georgia<br>Moffatt McDonald representing Green Party of Georgia |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |