

## Georgia Department of Law
40 CAPITOL SQUARE SW
ATLANTA, GA 30334-1300

SAMUEL S. OLENS
ATTORNEY GENERAL

www.law.ga.gov
(404) 656-3300

Writer's Direct Dial:
(404) 656-7063
Fax: (404) 651-9325

March 14, 2016

Via email only to:
Ellen_Clarke@gand.uscourts.gov

Hon. Richard W. Story
Judge, U.S. District Court
Northern District of Georgia
2121 United States Courthouse
75 Spring Street, SW
Atlanta, Ga 30303

RE: *Green Party, et al., v. Brian Kemp*, CA No. 1:12cv01822-RWS

Dear Judge Story:

I am writing in response to the Court's inquiry, during the status conference on March 7, 2016, regarding the State's position on potential remedies in the *Green Party v. Kemp* matter.

While we cannot make a final determination until after reviewing the Court's Order, at this time we do expect to appeal from any Order finding a constitutional violation. However, we do not necessarily intend to move for a stay of relief pending appeal. That decision will be made once we have a better understanding of the relief entered by the Court.

The State's position is that the current legislative choice, to require political bodies to submit a petition signed by 1% of the active voters in the State, serves the State's interests in eliminating ballot overcrowding and ballot confusion. We ask that any remedy imposed by the Court, even on an interim basis, keep these legitimate state interests in mind.

Given the State's position on the constitutionality of the current statute, we cannot agree to any particular remedy. However, we note that Alabama's petition requirement was recently upheld by the Eleventh Circuit Court of Appeals. *Stein v. Ala. Sec'y of State*, 774 F.3d 689 (11th Cir. 2014). Alabama requires minor party candidates for President to submit a petition signed by 3% of the voter turnout in the preceding gubernatorial election. The 3% requirement in Alabama results in a petition requirement of roughly 35,000 for 2016. In Georgia, a similar requirement would result in a petition requirement of 77, 908 signatures for 2016.

Judge Richard W. Story
March 14, 2016
Page 2

Additionally, the record in this case demonstrates that the Libertarian Party of Georgia was successful in meeting a petition requirement of roughly 25,000 in 1998.

I hope this letter is responsive to the Court's inquiry.

Sincerely,

*Cristina Correia*

CRISTINA CORREIA
Assistant Attorney General

cc: Laughlin McDonald, Esq. (via email)
    Brian Kemp, Secretary of State